153 So.2d 656

Ex parte Chester **TEAL**.

7 Div. 735.

Court of Appeals of Alabama.

May 14, 1963.

Chester Teal, pro se.

CATES, Judge.

Teal, in Kilby Prison, asks us to compel the City of Anniston to withdraw, dismiss or proceed with a "detainer" lodged against him at Kilby by the City.

The allegations are not directed against any officer of the City. If the charge against Teal is for a felony, then he has no call upon the City. The State has sole prosecution of felonies after indictment. Constitution 1901, § 170, and Amendment 37; Code 1940, T. 15, §§ 169 and 170.

We see no application of the doctrine of Ex parte State, ex rel. Attorney General,

255 Ala. 443, 52 So.2d 158. Cf. Accardo v. State, 39 Ala.App. 453, 102 So.2d 913; Billingsley v. State, 34 Ala.App. 475, 41 So.2d 431; and Howell v. City of Ft. Payne, 246 Ala. 315, 20 So.2d 880.

The petition for mandamus is

Denied.